```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM R. ROBINSON, JR.,

                    Plaintiff,
                                              No. 04-CV-993
            v.                                  (FJS/DRH)

Commissioner of Social Security,

                    Defendant.
_____
```

| APPEARANCES: | OF COUNSEL |
|---|---|
| CONBOY, McKAY, BACHMAN & KENDALL, LLP<br>Attorney for Plaintiff<br>307 State Street<br>Carthage, New York  13619 | LAWRENCE D. HASSELER, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>    for the Northern<br>District of New York<br>Attorney for Defendant<br>100 South Clinton Street<br>Syracuse, New York  13261-7198 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation and Order of Magistrate Judge David R. Homer filed April 16, 2007 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation and Order having been

filed, it is hereby

**ORDERED,** that the Report-Recommendation and Order of Magistrate Judge David R. Homer filed April 16, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and it is further

**ORDERED,** that the Commissioner's decision denying disability benefits is **AFFIRMED,** and it is further

**ORDERED,** that the plaintiff's motion for a finding of disability is **DENIED,** and the Commissioner's cross-motion is **GRANTED,** and it is further

**ORDERED,** that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

DATED: May 16, 2007
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge